

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00232-CV

Thomas Ritter **HELM**,
Appellant

v.

Lisa Lorraine **HAUSER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. It is ORDERED that appellee recover her costs of this appeal from appellant.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice